# Court of Appeals
# of the State of Georgia

ATLANTA, __November 01, 2013__

*The Court of Appeals hereby passes the following order:*

**A14D0105. WILLIAM E. PARKER v. PEACHTREE COUNTRY CLUB CONDOMINIUM ASSOCIATION, INC.**

On September 20, 2010, the trial court entered summary judgment in favor of Pinetree Country Club Condo Association. Parker filed a motion for new trial, which the trial court denied on July 27, 2012. On October 23, 2013, Parker filed this application for discretionary appeal.[1] We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Parker's application for discretionary appeal was filed 453 days after the trial court's ruling. Accordingly, we lack jurisdiction to consider the untimely application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, __11/01/2013__
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*

---

[1] Parker also filed a direct appeal from the same ruling, which was dismissed by order dated October 28, 2013. See Case Number A14A0334.